Alson Alston
2836 W. Girard Avenue
Philadelphia, PA 19130

August 7, 2008

Hon. Denny Chin
United States District Judge
c/o *Pro Se* Office
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 230
New York, NY 10007

RE: Request for an extension of time
*Alston v. Microsoft*, No. 08, Civ. 3547 (DC)

Dear Honorable Denny Chin:

I am writing to request an additional 45 days in which to serve the defendants in the above-referenced case.

I have been searching for an attorney to handle this case, but this is proving to be either far more expensive than I can afford or, for various reasons, undesirable from the standpoint of attorneys. I thought my new attorney would handle the service, possibly re-filing the matter first. Now that it seems unlikely that I will retain an attorney, I will handle the service immediately.

I have been pursuing this matter as diligently as possible since my termination in 2004. I am taking this matter very seriously and I ask this Court to grant the requested extension in the interest of justice.

Respectfully,

*A. Alston*

Alson Alston

Approved.
SO ORDERED.
USDJ
8/13/08