Dec-22-2009 05:04pm From-K&LNG Case 1:08-cv-03547-DC Document 55 GRAHAM Filed 12/23/2009 T-920 Page 1 of 1 003/003 F-128

FROM : FAX NO. :2157690806 Dec. 22 2009 02:35PM P2/2
Fax sent by : 9738484001 K&L GATES 12-21-09 03:04p Pg: 3/29

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/09

ALSON ALSTON,

    Plaintiff,

v.

MICROSOFT CORPORATION, ALBERT KIM, TERESA ULUS, JIM COX, WALTER PATRICK, BOB TEDESCO, DENNIS BEACH, NANCY HOROWITZ, JEFFREY MOORE, PAUL NAITO, and ALLISON WATSON,

    Defendants.

Civil Action No: 08-CV-3547

Honorable Denny Chin, U.S.D.J.

**STIPULATION AND CONSENT ORDER EXTENDING DISCOVERY**

The parties having conferred and so stipulated; and good cause appearing, it is HEREBY ORDERED as follows:

1) The discovery deadline in this case is hereby extended to February 19, 2010;

2) Any party wishing to move for summary judgment may do so by March 26, 2010. Opposition papers shall be filed by April 30, 2010. The parties may submit reply papers by May 17, 2010.

Dated: New York, New York
    December 23, 2009

SO ORDERED:

_____
HONORABLE DENNY CHIN
UNITED STATES DISTRICT JUDGE

The parties hereby stipulate to the entry of the foregoing Order extending discovery to February 19, 2010.

_____
Alson Alston
Pro Se
2836 West Girard Avenue
Philadelphia, PA 19130
alalston@thenik.com
(215) 769-3333

Dated: December 22, 2009

_____
George P. Barbatsuly
Attorney for Microsoft Corporation
One Newark Center, Tenth Floor
Newark, NJ 07102
george.barbatsuly@klgates.com
(973) 848-4104

Dated: December 22, 2009